UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12CR00132-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ROBERT LISENBY, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown, the Government's Motion to Return Funds is hereby GRANTED. The Oxford Police Department is hereby ordered to return the recovered funds in the amount of $1,693.00 to the Judgment victim, SunTrust Bank, at P.O. Box 931, Durham, NC 27702.

SO ORDERED. This 4 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge